# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2006

129092

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DENISE DIAMOND,
        Plaintiff-Appellee,

v

        SC: 129092
        COA: 252657
        Wayne CC: 01-133307-NO

DAVID WITHERSPOON,
        Defendant,

and

CITY OF DETROIT,
        Defendant-Appellant.

_____

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2006

                Clerk

s0502